UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REBECA SINGER,

                    Plaintiff,
    -against-                                  21 **CIVIL** 8450 (PMH)

                                                        **JUDGMENT**

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated May 15, 2023, Plaintiff's motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      May 17, 2023

                                                      **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                    **BY:**            *K. Mango*

                                                        **Deputy Clerk**